# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

Brandy Vigil,

    Plaintiff,

First Premier Financial, Inc.,

    Defendant.

## COMPLAINT

For this Complaint, Plaintiff, Brandy Vigil, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Brandy Vigil ("Plaintiff"), is an adult individual residing in Lakewood, Colorado, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant, First Premier Financial, Inc. ("FPF"), is a Colorado business entity with an address of 1355 South Colorado Boulevard, Building C, Suite 608, Denver, Colorado 80222, and is a "person" as defined by 47 U.S.C. § 153(39).

### FACTS

5. FPF is in the business of financing automobile loans.

6. Plaintiff is a former customer of FPF.

7. FPF placed calls to Plaintiff on her cellular telephone, number 303-xxx-1853, in an attempt to collect a consumer debt allegedly owed by Plaintiff.

8. FPF called Plaintiff from 720-622-9590.

9. When Plaintiff answered calls from FPF, she was met with a recording that which explained that the call was from a debt collector, and if this is (name) stay on the line, if not, then please hang up.

10. In or around November 2015, Plaintiff spoke with a FPF representative and requested that FPF cease all calls to her cellular telephone.

11. Despite Plaintiff's request to cease calls, FPF continued to place automated calls to Plaintiff's cellular telephone.

## COUNT I
## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, *et seq.*

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last four years, Defendant called Plaintiff on her cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

14. Defendant continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in her favor and against the Defendant as follows:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Granting Plaintiff such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: June 10, 2019

                                            Respectfully submitted,

                                          By  */s/ Sergei Lemberg*

                                            Sergei Lemberg, Esq.
                                            LEMBERG LAW LLC
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            E-mail: slemberg@lemberglaw.com
                                            *Attorneys for Plaintiff*

                                            <u>Plaintiff:</u>
                                            Brandy Vigil
                                            8545 W Colfax Ave
                                            Lakewood, Colorado 80215